IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD J. ALFORD,

    Petitioner,                                          JUDGMENT IN A CIVIL CASE

v.                                                                             Case No. 12-cv-607-wmc

ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Donald Alford for a writ of habeas corpus under 28 U.S.C. § 2241 with prejudice as an abuse of the writ.

| /s/ | 4/10/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |